IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                                                     **CIVIL ACTION NO. 3:07-CV-94**
                                                                          (Judge Bailey)

**$104,850 ON DEPOSIT IN ACCOUNT**
**NUMBER 10411262 HELD IN THE NAME**
**OF MARTINSBURG MOTOR SPORTS**
**AT THE JEFFERSON SECURITY BANK,**
**INWOOD, WEST VIRGINIA,**

    **Defendant.**

### ORDER GRANTING VOLUNTARY DISMISSAL OF CLAIM

On this day, the above-styled matter came before the Court upon consideration of James E. Myers' Motion to Enter Voluntary Dismissal of Claim of Interest in Property [Doc. 8]. In his motion, Mr. Myers requests that his claim of interest be dismissed. In support of his motion, this Court has been advised that, as the sole shareholder of Martinsburg Motor Sports, Mr. Myers' interests with respect to the seized property are protected by the Notice of Claim filed by Martinsburg Motor Sports. Having reviewed the above, this Court hereby **GRANTS** Mr. Myers' motion [Doc. 8]. Accordingly, it is **ORDERED** that this civil claim as to James E. Myers be, and the same is hereby, **DISMISSED**.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED:** September 5, 2007.

*/s/ John Preston Bailey*
JOHN PRESTON BAILEY
UNITED STATED DISTRICT JUDGE